# CHAPTER 13 NARRATIVE STATEMENT OF PLAN

**RE:**   **Richard & Bobbie Rowland**

**PAYMENT TO THE TRUSTEE:**

THE DEBTOR PROPOSES TO PAY **$1,175.00** PER MONTH TO THE TRUSTEE.

Name of Employer: **Self Pay**
Address            :
Address            :

Debtor is paid **Monthly.**

**PLAN LENGTH:**

The debtor(s) plan length is **60** months.

The debtor(s) propose to pay all disposable income, if any, into the plan for the benefit of unsecured creditors for no less than the applicable commitment period (unless unsecured are being paid 100%). The plan length shall not exceed 60 months. Unsecured creditors shall receive at least what they would receive under Chapter 7.

**ADMINISTRATIVE COSTS:**

| | | | |
|---|---|---|---|
| 1) | Trustee's Fees & Expenses. | | |
| 2) | ATTORNEY FEE to be paid through the plan. ** | **$3,000.00** | |
|    | ATTORNEY FEE paid by debtor prior to filing. | $    1.00 | |
| 3) | DEBTOR'S ATTORNEY'S COSTS. | $  50.00 | |
|    | COSTS PAID BY DEBTOR PRIOR TO FILING | $  00.00 | |
| 4) | Attorney's fee to be paid by trustee | **$3,049.00** | |

***Attorney Fee shall be paid as follows:

a. $1,000.00 from funds paid in by the debtor, after administrative costs have been paid;
b. the remaining fee balance shall be paid at the minimum rate of 25% of the total disbursed to creditors each month thereafter until paid in full;  and
c. no claims, other than administrative and secured, shall receive disbursement before attorney fees are paid in full.

**SECURED DEBTS:**          As Follows:

**A)(i)   Secured Debts Not Extending Beyond Plan Length, Section 506 Valuation Applies:   As Follows:**
Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, and whose debts shall not continue after the life of the plan, shall be paid as follows.  Any amount claimed in excess of the value of the collateral will be treated as a non-priority unsecured creditor.  Creditor's liens(s) shall be released upon conclusion and discharge of the

debtor(s)' case or payment in full of the creditor's claim, which ever occurs first.
*Pre-Confirmation Interest Rate Shall be Zero, 0%.*

*UNSEC. = Unsecured; *INT RT = Post-Confirmation Interest Rate; * M. PMT = Post-confirmation Monthly Payment; *A.P.P.= Pre-Confirmation Adequate Protection Payment

| CREDITOR | COLLATERAL | NETPAY | VALUE | *UNSEC. | *INT RT | *M.PMT | *A.P.P |
|---|---|---|---|---|---|---|---|
| Chrysler Financial | 2005 Nissan Frontier | $16,639.35 | $16,639.35 | $0.00 | 5.5% | $317.83 | $166.39 |
| FNB of Altheimer | Debtor's home & 3 lots | $5,737.90 | $32,000.00 | $0.00 | 8.06% | $116.51 | $00.00 |

**A)(ii)  PMSI Secured Claims Not Extending Beyond Plan, Section 506 Valuation Not Apply: As Follows:**

Secured creditors who will retain their liens however, said Creditor's liens(s) shall be released upon conclusion and discharge of the debtor(s)' case or payment in full of the creditor's claim, which ever happens first in time, and be paid their entire debt regardless of value, and whose debts shall not continue after the life of the plan, shall be paid as follows.

*Pre-Confirmation Interest Rate Shall be Zero, 0%.*

*INT RT = Post-Confirmation Interest Rate; * M. PMT = Post-confirmation Monthly Payment; *A.P.P. = Pre-Confirmation Adequate Protection Payment

| CREDITOR | COLLATERAL | NET PAY | VALUE | INT | M. PMT | A.P.P |
|---|---|---|---|---|---|---|
| Simmons FNB | 2009 Kia Rondo | $30,000.00 | $30,000.00 | 5.5% | $573.03 | $300.00 |
| Dixie | Bedroom Set | $1,300.00 | $1,300.00 | 5.5% | $24.83 | $13.00 |

**B)    SECURED DEBTS EXTENDING BEYOND PLAN LENGTH.          NONE**

**C)    PROPERTY TO BE SURRENDERED TO SECURED CREDITOR.  As Follows:**

| CREDITOR | COLLATERAL |
|---|---|
| FNB of Altheimer | 2003 18 wheeler |

**D)    SECURED DEBTS TO BE PAID BY THE DEBTOR DIRECTLY.          NONE**

**TAX DEBTS:**                                                                           **NONE**

**OTHER PRIORITY TAXES:**                                                     **NONE**

**UNSECURED PRIORITY DEBTS:**  *Shall be paid 100%*

**CHILD SUPPORT:**                                                                  **NONE**

**SPECIAL NONPRIORITY UNSECURED:**                                **NONE**

**NONPRIORITY UNSECURED:**  Shall receive a pro rata dividend from funds remaining after full payment of administrative, attorney fees, secured, priority, child support, and special non-priority unsecured claims.

**OTHER:** All creditors not specifically treated or indicated in debtor(s)' plan herein shall be treated as General Non-Priority Unsecured.

**OTHER NON-DISCHARGEABLE NON-PRIORITY UNSECURED**: NONE

**EXECUTORY CONTRACT:** As Follows:

| Creditor | Property | Treatment |
|---|---|---|
| **Four S Transportation** | **2009 Wilson Trailer** | **Accept** |
| **Knoll Transportation** | **2000 Peterbilt** | **Accept** |

Other provisions of the plan which are not inconsistent with Title 11 of the U.S.C., pursuant to 11 U.S.C. 1322(b)(11), are as follows:

The property of the estate shall continue to be property of the estate until such time as a discharge is granted or the case is dismissed. The Debtor shall remain in possession of all property of the estate.

Any debt determined to be priority debt, not otherwise treated in this Plan or a Modification thereto, shall be paid in full within the life of the plan in accord with 1322(a)(2).

*E-Save:    (document number).b.NAR*