**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**RE: Richard & Bobbie Rowland**                    **CASE NO: 4:09-19443**

**MODIFICATION OF CHAPTER 13 PLAN**

Comes now the debtor(s), and for their Modification of Plan **BEFORE** Confirmation states:

1. **PAYMENT TO THE TRUSTEE:** shall be $1400.00 per month

2. **THE PLAN LENGTH:** shall be for 51 months.

3. **UNSECURED CREDITORS:** to be paid on a "pro-rata" basis.

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:** As follows:

| CREDITOR | COLLATERAL | NETPAY | VALUE | *UNSEC. | *INT RT | *M.PMT | *A.P.P |
|---|---|---|---|---|---|---|---|
| FNB of Altheimer | Debtor's home & 3 lots | $5861.51 | $32,000.00 | $0.00 | 8.06% | $337.18 | $00.00 |

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:** None

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN:** None.

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:** None.

8. ALL OTHER PROVISIONS SET FORTH IN THE INITIAL NARRATIVE STATEMENT OF PLAN AND MODIFICATION(S) THERETO SHALL REMAIN SAME.

DATE: 5/14/2010

**/s/ G. Gregory Niblock**
G. Gregory Niblock
Ark. Bar No. 88047
Jeremy Bueker
Ark Bar No. 2001252

E-Save:          (document no).b.mod.plan.