IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  RICHARD ROWLAND and BOBBIE ROWLAND  　　　CASE NO: 4:09-bk-19443 E
DEBTORS                                                                                              CHAPTER 13

## CHAPTER 13 ORDER
## TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation filed on May 26, 2010, by the Trustee. The objection was set for hearing on June 29, 2010. Appearing were G. Gregory Niblock for the debtors and Patt Pine for the Trustee.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The debtors are granted 21 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date:  June 30, 2010                                    /s/ Audrey R. Evans
　　　　　　　　　　　　　　　　　　　　　Audrey R. Evans
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


cc:   Joyce Bradley Babin, Trustee

　　　G. Gregory Niblock
　　　Niblock & Associates
　　　P O Box 1208
　　　Stuttgart, AR  72160

　　　Richard Rowland and Bobbie Rowland
　　　Po Box 53
　　　Ulm, AR  72170

GO 11-17 / sak / 059