IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RE: Richard & Bobbie Rowland                                            CASE NO: 4:09-19443

MODIFICATION OF CHAPTER 13 PLAN

Comes now the debtor(s), and for their Modification of Plan **BEFORE** Confirmation states:

1. **PAYMENT TO THE TRUSTEE:** shall remain the same

2. **THE PLAN LENGTH:** shall be for 55 months.

3. **UNSECURED CREDITORS:** to be paid on a "pro-rata" basis.

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:** None

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:** As follows:

Creditor HSBC Bank Nevada, Bass & Associates PC, 3936 E. Ft Lowell Ste 200, Tucson AZ 85712, collateralized by 2006 polaris shall be treated as follows; net Pay: $6073.68; Value: $200.00; Unsecured: $5873.68; Interest rate: 5.5%; Monthly payment $5.00; APP 5.00%

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN:** None.

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:** None.

8. ALL OTHER PROVISIONS SET FORTH IN THE INITIAL NARRATIVE STATEMENT OF PLAN AND MODIFICATION(S) THERETO SHALL REMAIN SAME.

DATE: 8/27/2010

/s/ G. Gregory Niblock
G. Gregory Niblock
Ark. Bar No. 88047
Jeremy Bueker
Ark Bar No. 2001252

E-Save:            (document no).b.mod.plan.